UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 06-PO-00133-DLW

UNITED STATES OF AMERICA,

　　　　Plaintiff,

v.

1. STEVEN C. SHARP,

　　　　Defendant.

## ORDER

This matter having come on for consideration upon the Government's Motion To Dismiss, the Court, upon due consideration, **HEREBY ORDERS** that the case is hereby dismissed, without prejudice.

**SO ORDERED** this _11th_ day of September, 2006.

　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　David L. West
　　　　　　　　　　　　　　United States Magistrate Judge
　　　　　　　　　　　　　　District of Colorado

Copies to:　　Wallace H. Kleindienst, AUSA